ACCEPTED
03-13-00726-CR
6481902
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/13/2015 12:05:09 PM
JEFFREY D. KYLE
CLERK

03-13-00726-CR

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE THIRD COURT |
| | § | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| vs. | § | OF APPEALS 8/13/2015 12:05:09 PM |
| | § | JEFFREY D. KYLE |
| GARET JOHNSON | § | TRAVIS COUNTY, TEXAS Clerk |

## REQUEST FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE COURT:

Now comes Garet Johnson, by and through Adam Reposa and files this request for extension of time, and shows the following:

1. Appellants desires to file a Motion for Rehearing and the motion is due August 13, 2015.

2. Counsel for Appellant needs additional time to complete the brief in support of the motion.

3. Counsel request for an additional 30 day extension.

4. Counsel has not requested any prior extensions of the Motion for Rehearing.

This motion is not made for purposes of delay but that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that the Court enter its order extending the filing date.

Respectfully submitted,

Adam T. King Blackwell Reposa
1106 San Antonio
Austin, Texas 78701
Tel: (512) 476-0444
Fax: (512) 478-1114

By:_____
Adam T. King Blackwell Reposa
State Bar No. 24040163
Attorney for Defendant

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of Appellants Motion for extension of time to file brief was served to the County Attorney's Office by fax on August 13th, 2015

Adam T. King Blackwell Reposa
Attorney for Defendant